**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| MELISSA BOTTORFF-AREY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-00066-NCC |
| | ) | |
| BRANDON GROSSHEIM | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties provide the following joint status report:

1. Defendant has made the first payment under the settlement agreement and intends to pay the final payment on August 21, 2026.

2. Upon receipt of the payment, the parties will file a stipulation of dismissal.

Date: August 17, 2026

Respectfully submitted,

**KHAZAELI WYRSCH, LLC**

/s/ Javad M. Khazaeli
Javad M. Khazaeli, MO53735
James R. Wyrsch, MO53197
John M. Waldron, MO70401
Leah M. Fessler, MO76824
911 Washington Avenue, Suite 211
Saint Louis, MO 63101
(314) 288-0777
(314) 400-7701 (fax)
javad.khazaeli@kwlawstl.com
james.wyrsch@kwlawstl.com
jack.waldron@kwlawstl.com
leah.fessler@kwlawstl.com

*Attorneys for Plaintiff*

**NIEWALD LAW FIRM**

/s/ Curtis Niewald
Curtis Niewald, #64061MO
10880 Baur Blvd
St. Louis, MO 63132
636-397-7133
curtis@niewaldlaw.com

*Attorney for Defendant*